IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN CLEVELAND GREEN,<br><br>    Petitioner,<br><br>    vs.<br><br>ADAMS, Warden,<br><br>    Respondent.<br>_____/ | 1:07-CV-0052 OWW WMW HC<br><br><br><br>ORDER DISREGARDING MOTION<br>(Document #17) |

     Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On May 10, 2007, Petitioner filed a letter requesting assistance in being transferred. Inasmuch as Petitioner's case was dismissed and judgment entered by this court on May 9, 2007, Petitioner's letter is disregarded.

     Accordingly, IT IS HEREBY ORDERED that Petitioner's letter is DISREGARDED by this court and the above entitled caption remains closed.

IT IS SO ORDERED.

**Dated:   May 22, 2007**                /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE